**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 26, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00485-CV

## IN RE BILLY JOE BURD, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 93025-CV**

---

## MEMORANDUM OPINION

On June 14, 2018, relator Billy Joe Burd filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Lamar McCorkle, the assigned visiting judge of the 149th District Court of Brazoria

County, to vacate an oral order he rendered at a February 2, 2018 hearing, denying relator's motion to dismiss the action.

To obtain mandamus relief, a relator generally must show both that the trial court clearly abused its discretion and that relator has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not shown that he is entitled to mandamus relief.

We therefore deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.

2